_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 31, 2023

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Plaintiff Chapter 7 Trustee
Christopher P. Burke

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE | BK-N- 20-50660-GS |
| METAL RECOVERY SOLUTIONS, INC., aka MRS, INC, | CHAPTER 7 |
| | Adv. No. 21-05066-GS |
| Debtor(s). | Hearing Date: 3/7/23 and Time: 1:30 p.m. |
| CHRISTOPHER P. BURKE, in his capacity as Chapter 7 Trustee of METAL RECOVERY SOLUTIONS, INC., | Mtn No. _____ |
| | **ORDER DENYING MOTION TO MODIFY DECEMBER 21, 2020 PROTECTIVE ORDER WITHOUT PREJUDICE** |
| Plaintiff, | |
| vs. | |
| METAL RECOVERY SOLUTIONS, INC., aka MRS, Inc., THOMAS SEAL, JETTE SEAL, DIFFERENTIAL ENGINEERING, Inc, a Nevada corporation and MARK SHONNARD, | |
| Defendants. | |

THIS MATTER came before the Court on the motion Chapter 7 Trustee's motion to Modify December 21, 2020 Protective Order. Michael Lehners, Esq. appeared on behalf of the

1

Chapter 7 Trustee, who was also present. Elizabeth Fletcher, Esq. appeared on behalf of Thom and Jette Seal. Seth Adams, Esq. appeared on behalf of Differential Engineering, Inc.

The Court reviewed the matters before it, and made oral findings of facts and conclusions of law on the record pursuant to Fed. R. Bank. Pro. 7052. Those findings of fact and conclusions of law are hereby incorporated into this Order by reference. Good cause appearing therefore, the Court finds and Orders as follows

IT IS HEREBY ORDERED that the Trustee's Motion to Modify December 21, 2020 Protective Order is denied without prejudice.

Approved/Disapproved

Dated: _____

Dated: 3/31/23

Michael Lehners, Esq.
Attorney for Chapter 7 Trustee

/s/ Elizabeth Fletcher
Elizabeth Fletcher, Esq.
Attorney for Thom and Jette Seal

Approved/Disapproved

Dated: 3/31/23

/s/ Seth Adams
Seth Adams, Esq.
Attorney for Differential Engineering

# # #

2

## CERTIFICATION PER LR 9021

In accordance with LR 9021, counsel submitting this document certifies as follows:

___ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

XX I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below: [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Michael Lehners, Esq.
Michael Lehners, Esq.
attorney for Movant